FREDERICK N. SMITH, as Receiver, etc., Appellant, *v.* ROSALIE HAHN et al., Respondents.

(Argued January 20, 1892; decided February 9, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*George A. Stearns* for appellant.

*James T. Olwell* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.